**Carl E. FREEMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64144.**

Missouri Court of Appeals,
Western District.

July 19, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 2005.

Application for Transfer Denied
Dec. 20, 2005.

Susan L. Hogan, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: NEWTON, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

### *ORDER*

PER CURIAM.

Following a jury trial, Carl E. Freeman was found guilty of voluntary manslaugh-

ter, Section 565.023,[1] and armed criminal action, Section 571.015. Freeman now appeals the denial of his Rule 29.15 motion for post-conviction relief, claiming ineffective assistance of counsel. The judgment is affirmed. Rule 84.16(b).

1. All statutory references are to RSMo. (2000)     unless otherwise indicated.